IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHELLE HALL,<br><br>               Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>*Acting Commissioner of Social Security*,<br><br><br>               Defendant. | **REPORT AND RECOMMENDATION**<br><br><br>Case No.  2:15-cv-00044<br><br>District Judge David Sam<br><br>Magistrate Judge Evelyn J. Furse |

On January 23, 2015, Plaintiff Michelle Hall moved this Court for permission to proceed in forma pauperis.  (ECF No. 1.)  In the accompanying affidavit, Ms. Hall disclosed $200 in biweekly wages, spousal income of $1800 in biweekly wages, and approximately $800 in bank account balances.  *Id*.  Ms. Hall has two dependent children.  Ms. Hall's household income exceeds 200% of the 2014 Federal Poverty Guidelines for a family of four.  For this reason, the Court finds Ms. Hall has failed to demonstrate the "financial inability to pay the required filing fees…" required to proceed in forma pauperis. *Williams v. Cherokee Nation Entm't, L.L.C.*, 446 F. App'x 86, 88 (10th Cir. 2011) (citing *Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005).  Based on Ms. Hall's disclosures, the undersigned Magistrate Judge RECOMMENDS the Court DENY the Motion.

The Court will send a copy of this Report and Recommendation to Ms. Hall, who is hereby notified of his right to object.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  Ms. Hall must file any objection to this Report and Recommendation within fourteen (14) days of service thereof.  *Id.*  Failure to object may constitute waiver of objections upon subsequent review.

DATED this 2d day of February, 2015.

BY THE COURT:

EVELYN J. FURSE
United States Magistrate Judge