THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

FILED
U.S. DISTRICT COURT

2015 FEB 19 ⊃ 3: 27

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

| | | |
|---|---|---|
| MICHELLE HALL, | ) | Case No. 2:15cv 00044 DS |
| Petitioner, | ) | |
| vs. | ) | |
| | ) | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) | |
| | ) | |
| Respondent. | | |

The Court having considered *de novo* the Report & Recommendation ("R&R") of the Magistrate Judge, and there being no timely objection to the R&R, the Court concludes that the R&R is correct in every material respect and adopts it as the Court's own opinion.

Accordingly, IT IS ORDERED that Plaintiff's Application to Proceed without Payment of Fees (Doc. #1) is denied..

DATED this _18_ day of _February_, 2015.

BY THE COURT:

_[signature]_
DAVID SAM
SENIOR JUDGE
UNITED STATES DISTRICT COURT